IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHENG JIAN LIN, SHENG HUI LIN, | : | Case #3:16-cv-00184-AWT |
| CHAO DI CHEN, individually, and on behalf | : | |
| of all other employees similarly situated | : | **MOTION FOR** |
| | : | **ADMISSION *PRO HAC VICE*** |
| v. | : | |
| | : | |
| KOBE GRILL CORP d/b/a WASABI | : | |
| MODERN JAPANESE CUISINE & LOUNGE, | : | |
| LI ZHONG CHEN a/k/a "LEON CHEN," | : | |
| HENG QIAN LIN, DA HUI YE, "JOHN DOE," | : | |
| "JANE DOE" #1-#10 | : | APRIL 1, 2016 |

PURSUANT TO Local Rule 83.1(d), Lawrence H. Adler, a member in good standing of

the bar of this Court, hereby moves for the *pro hac vice* admission of Donald Benedetto, Esquire

to appear as counsel for Kobe Grill Corp d/b/a Wasabi Modern Japanese Cuisine & Lounge and

Heng Qian Lin in the above-captioned matter.  I hereby certify that Mr. Benedetto is a member

in good standing of the Bar of the Supreme Court of Pennsylvania.  In further support of this

Motion, the Court is respectfully referred to the accompanying Affidavit.


Respectfully submitted,


/s/ CT 00324_____
ADLER LAW GROUP, LLC
By:  Lawrence H. Adler, Esquire
111 Founders Plaza, Suite 1102
East Hartford, CT  06108
(860) 282-8686 ext. 111
(860) 282-8688 (fax)
LAdler@Adlerlawgroupllc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHENG JIAN LIN, SHENG HUI LIN, | : | Case #3:16-cv-00184-AWT |
| CHAO DI CHEN, individually, and on behalf | : | |
| of all other employees similarly situated | : | **AFFIDAVIT OF DONALD BENEDETTO** |
| | : | IN SUPPORT OF **MOTION** |
| v. | : | **FOR ADMISSION *PRO HAC VICE*** |
| | : | |
| KOBE GRILL CORP d/b/a WASABI | : | |
| MODERN JAPANESE CUISINE & LOUNGE, | : | |
| LI ZHONG CHEN a/k/a "LEON CHEN," | : | |
| HENG QIAN LIN, DA HUI YE, "JOHN DOE," | : | |
| "JANE DOE" #1-#10 | : | APRIL 1, 2016 |

I, Donald Benedetto, Esquire, under penalty of perjury, in support of the accompanying

Motion for Admission *Pro Hac Vice* in this Court on behalf of Kobe Grill Corp d/b/a Wasabi

Modern Japanese Cuisine & Lounge and Heng Qian Lin in the above-captioned matter, hereby

state the following:

I am a member in good standing of the Bar of the Supreme Court of Pennsylvania, having

been admitted to practice on October 22, 2010.

I am also admitted to practice in the following States, Territories, Districts,

Commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| U.S. District Court for the Eastern District of Pennsylvania | 7/26/2012 |
| State of New Jersey | 12/8/2010 |
| U.S. District Court for the District of NJ | 5/17/2012 |

My contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Donald Benedetto |
| Firm Name: | Law Offices of Donald Benedetto, P.C. |
| Address: | 1500 Walnut Street, 22nd Floor |
| City/State/Zip: | Philadelphia, PA  19102 |
| Phone Number: | (215) 545-7100 |

Fax Number:        (267) 244-9020
Email Addresses:   don@dblpc.com; dlombardo@thehenryfirm.biz

I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and, will faithfully adhere thereto.

I am designating the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of said attorney's admission.

Law Offices of Donald Benedetto, P.C.
By: Donald Benedetto, Esquire
1500 Walnut Street, 22nd Floor
Philadelphia, PA  19102
(267) 307-2936
(267) 244-9020 (fax)
don@dblpc.com
dlombardo@thehenryfirm.biz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHENG JIAN LIN, SHENG HUI LIN, | : | Case #3:16-cv-00184-AWT |
| CHAO DI CHEN, individually, and on behalf | : | |
| of all other employees similarly situated | : | **PROOF OF SERVICE** |
| | : | |
| v. | : | |
| | : | |
| KOBE GRILL CORP d/b/a WASABI | : | |
| MODERN JAPANESE CUISINE & LOUNGE, | : | |
| LI ZHONG CHEN a/k/a "LEON CHEN," | : | |
| HENG QIAN LIN, DA HUI YE, "JOHN DOE," | : | |
| "JANE DOE" #1-#10 | : | APRIL 1, 2016 |

I hereby certify that on April 1, 2016, the foregoing document was filed electronically.

Notice of this filing will be sent by email to all parties by operation of the court's electronic filing

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing. Parties may access this document through the Court's CM/ECF System.

/s/ CT 00324_____
ADLER LAW GROUP, LLC
By:  Lawrence H. Adler., Esquire
111 Founders Plaza, Suite 1102
East Hartford, CT  06108
(860) 282-8686 ext. 111
(860) 282-8688 (fax)
LAdler@Adlerlawgroupllc.com

DATED:  April 1, 2016